UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23671-CIV-HOEVELER

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL NO. 487, AFL-CIO,
TRUSTEES OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 487,
HEALTH & WELFARE TRUST FUND; TRUSTEES
OF THE SOUTH FLORIDA OPERATING ENGINEERS
APPRENTICESHIP AND TRAINING TRUST FUND;
AND CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS AND PARTICIPATING EMPLOYERS,

    Plaintiffs,
v.

ELLER & COMPANY, INC.,

    Defendant.

_____/

### ORDER DENYING MOTION TO DISMISS

This Cause comes before the Court on the Defendant's Motion to Dismiss. Defendant complains that the Plaintiff attached documents to the Complaint which negate the allegations in the Complaint. The Court has reviewed pertinent portions of the file - including the documents attached to the Complaint and the documents provided by Plaintiffs as exhibits to their response to the motion to dismiss. As it appears that the Complaint meets the pleading requirements, it is hereby

ORDERED AND ADJUDGED that the motion to dismiss be denied.

DONE AND ORDERED in Chambers in Miami this 28 day of May 2010.

                              WILLIAM M. HOEVELER
                              SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
David H. Popper
Anne Janet DeAses